IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRANK'S CASING CREW AND RENTAL TOOLS, INC., AND FRANK'S INTERNATIONAL, INC., Plaintiffs, <br><br> v. <br><br> TESCO CORPORATION, AND TESCO CORPORATION (US), Defendants. | § § § § § § § § § § §  CIVIL ACTION NO. 2-07-CV-015 (TJW) |

## ORDER

Before the court is Defendants' Tesco Corporation and Tesco Corporation (US)'s ("Tesco") Motion to Quash Second Deposition or For Protective Order (Dkt. No. 105). Tesco moves the court to quash a second 30(b)(6) deposition of Tesco citing the Federal Rule of Civil Procedure 30(a)(2)(A)(ii). The rule provides that a "party must obtain leave of court . . if the parties have not stipulated to the deposition and: . . . (ii) the deponent has already been deposed in the case . . ." This rule does not compel the relief Tesco is seeking. The rule is concerned with when "any *person*, including a party . . ." can be deposed. There is no Rule or law from this Circuit requiring a party to seek leave of court in order to take a second 30(b)(6) deposition of a corporate entity, when the topics in the second deposition notice are different from the first.

Tesco's Motion, therefore, is DENIED. Frank's Motion seeking leave (Dkt. No. 120) is DENIED as Moot.

SIGNED this 21st day of January, 2009.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE