IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FRANK'S CASING CREW AND RENTAL TOOLS, INC. AND FRANK'S INTERNATIONAL, INC. | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-15 |
| TESCO CORPORATION AND TESCO CORPORATION (US), | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |
| ROBERT P. APPLETON | § § § | |
| Consolidated Plaintiff, | § § | |
| v. | § § | |
| FRANK'S CASING CREW AND RENTAL TOOLS, INC. AND FRANK'S INTERNATIONAL, INC. | § § § § § | (CONSOLIDATING CIVIL ACTION NO. 2:08-CV-239) |
| Consolidated Defendants. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

This Court, in response to the Joint Motion of All Parties for Dismissal With Prejudice, namely, Frank's Casing Crew and Rental Tools, Inc., Frank's International, Inc., Tesco Corporation, Tesco Corporation (US), and Robert P. Appleton, does hereby grant the motion. It is therefore

ORDERED, subject to and in accordance with that certain settlement agreement among the parties, that these actions (Civil Action Nos. 2:07-cv-15 and 2:08-cv-239), including all

claims, affirmative defenses, counterclaims, and third party claims, are hereby dismissed with prejudice. Each party shall bear its own fees, expenses, and costs.

    SIGNED this 4th day of June, 2009.

                                               _____
                                             T. JOHN WARD
                                             UNITED STATES DISTRICT JUDGE